**THOMPSON HINE**

| ATLANTA | CLEVELAND | DAYTON | WASHINGTON, D.C. |
| CINCINNATI | COLUMBUS | NEW YORK | |

> **Granted.**
> **Defendant is to notify pretrial services of the specific travel dates as soon as possible.**
> **So Ordered: 5/17/18**
>
> _/s/ J. Paul Oetken_
> J. PAUL OETKEN
> United States District Judge

May 16, 2018

**VIA EMAIL**

Honorable J. Paul Oetken
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square, Room 2101
New York, New York 10007

Re:   *United States v. David Middendorf, et al.*
      18 Cr. 36 (JPO)
      Request for Permission to Travel on Behalf of Defendant Cynthia Holder

Dear Judge Oetken:

On behalf of defendant Cynthia Holder, we respectfully request permission for her to travel on two occasions in June and July, 2018.

From June 3 through June 5, Ms. Holder and her wife, Deb Collar, who live in Houston, Texas, would like to attend the college graduation of the daughter of a close friend in Norfolk, Virginia. Ms. Holder and Ms. Collar intend to fly from Houston into Reagan National Airport in Arlington, and then travel to Norfolk by car. From July 19 through July 23, Ms. Holder and Ms. Collar would like to travel to the wedding of Ms. Collar's nephew in Lansing, Michigan. Ms. Holder and Ms. Collar intend to fly from Houston into Detroit Metro Airport and then travel to Lansing by car.

Ms. Holder requests that the court grant her permission to depart and return to Houston on or around the dates set forth above. Ms. Collar is a commercial airline flight attendant and, as a result, she and Ms. Holder are eligible to use pass rider tickets for air travel when they fly on Ms. Collar's airline. Pass rider tickets are free and are similar to flying standby. To save money, Ms. Holder and Ms. Collar would like to use pass rider tickets for the two trips described above. In order to do so, however, Ms. Holder and Ms. Collar need the flexibility to travel a few days before or after each of the dates specified above because pass rider tickets do not allow travelers to reserve seats in advance on a specific flight on a specific date.

Emily.Mathieu@thompsonhine.com   212-908-3963                                               4841-8257-4693.2

THOMPSON HINE LLP        335 Madison Avenue             www.ThompsonHine.com
ATTORNEYS AT LAW         12th Floor                     O: 212.344.5680
                         New York, New York 10017-4611  F: 212.344.6101



Hon. J. Paul Oetken
May 16, 2018
Page 2

We have conferred with the government and Pretrial Services Officer Lettieri in the Southern District of New York. Officer Lettieri informed us that he conferred with Pretrial Services Officer Flores in the Southern District of Texas. None objects to this application.

Respectfully submitted,

Emily J. Mathieu
Attorney for Defendant Cynthia Holder

Enclosures

cc: All counsel of record
    Officer Jonathan Lettieri, Pretrial Services