# EXHIBIT 2



May 25, 2019

Honorable J. Paul Oetken,

I've known Cindy Holder for over 30 years.

I met her in 1985 while purchasing a cell phone from the company her mother owned, and Cindy managed the companies' bookkeeping and office. At the time she was about twenty years old. At first, I thought she was much older because of the way she was managing her duties. Extremely ethical in all facets of the companies operation.

Several years later, her mother and I married. Before our marriage, I was amazed at how a single mother raised two children with such a high degree of intelligence and great contributors to society.

In the mid-1990s, Cindy earned her Bachelor's Degree in Accounting. She accomplished this in two and a half years, passing her Accounting License exam on the first attempt. Even with carrying a heavy load, she graduated Summa cum laude. What an accomplishment. I've heard from accountants who told me that it is unusual to pass the Accounting License exam on the first attempt. Cindy excelled at every job she had. She donated money and hundreds, if not, possibly thousands for hours to charity organizations.

Over the years, we became very close. As a family, we had many dinners and vacations together. In 2009, she purchased a home near our home so she could be close to her mother. She wanted to make some improvements (actually a lot of improvements), and for nearly two and a half years she worked some nights and nearly every weekend to complete the renovations. She assisted me and followed instructions well. I was never disappointed in her work ethic.

She always exhibited the highest degree of honesty with the subcontractors. I helped her during this time and witnessed her find mistakes in her favor with subcontractors and with her purchases of supplies at many stores. She would bring this to the attention of the cashier or subcontractor and pay them the difference. I believe most

people would have walked away. I could write a novel about Cindy's character and ethics. But, this is not what the court needs.

[redacted]

[redacted] I own several rental properties in Houston and rely on Cindy, [redacted] to assist me in their management.

I know I cannot tell the court how to handle the penalty phase of her guilty plea. With over 32 years in law enforcement (25 years working homicides) I've learned that no one can rationalize why people do what they do, but my heart aches for her. The Cindy I have known for over three decades would be unimaginable to be involved in such a matter.

Most who violate the laws of our states and nation do not realize the consequences. I can say, knowing her as I do, given her nature, I believe Cindy got caught up in a whirlwind of trying to help. I plea to the court to be as lenient as possible. The fact that she plead guilty of a criminal act and that she has lost her accounting license is an enormous amount of punishment for someone like Cindy. Her life is forever changed. In the court's eyes, it may not be enough payment to society, but I would hope for a strong probation period.

Short of writing a novel about Cindy, please feel free to call me. It is an honor addressing the court.

With Great Respect,

*[signature]*

Anthony Rossi