# EXHIBIT 3



January 28, 2019

J. Paul Oetken
United States District Judge
Southern Distrit of New York
40 Foley Square
New York, New York 10007

Dear Judge Oetken:

I am an author (books and journal articles), trainer (national, and international), researcher, supervisor, speaker and psychologist. I am the director/owner of the Dialectical Behavior Therapy Center in Houston and I serve on the board and as an officer on a national nonprofit organization for the promotion of education about and effective services for the mentally ill. I have a doctorate in psychology from the University of Virginia and a masters in clinical psychopharmacology. I am certified as an expert in multiple evidenced-based psychotherapies. I blog for Psychology Today, PsychCentral and RO DBT. I write this letter, though, as a friend and adopted family member of Cindy Holder. She is not my patient.

I have known Cindy Holder for over 14 years. Throughout that time, Cindy has been devoted, almost to a fault, to helping others, contributing to her community and doing what she can to support her friends and family. She is generous with her time, skills, knowledge and energy. She is loyal, being there when you need her and when times are tough, just as completely as when things are going well.  Many of us depend on her. In Houston, her friends know that if you need help, Cindy is the person to call. A few examples can illustrate my point.

Freezing weather is unusual in Houston. In 2011 though we had freezing rain. I was home alone and didn't know how to drain the sprinkler system. If it didn't get done, the sprinkler system could have been severely damaged. Cold and frustrated, I gave up trying to figure it out and went to bed. Cindy came to my house in the freezing rain in the dark. She drained the pipes and turned off the water while I slept.

When out to dinner with Cindy and her wife, our house security system went off, indicating a window had been broken in the back of the house. Cindy and her wife did not hesitate. In the middle of dinner, they left their food on the table and went with us to our home. Not knowing who might be in the house, Cindy would not let my partner check the house alone. Cindy went in with her.

In 2016, a friend's father died in California. Despite working 80 to 100 hours a week (literally) and commuting between Houston and New York weekly, Cindy flew to California and drove back to Houston with her friend, a single mom. She didn't want her friend to make the trip alone.

While working those hours, despite her fatigue, Cindy showed up for our dinners and celebrations, sometimes flying home for just a day to do so. She made time for her family and friends, especially those who were single parents. She would take teenagers to spend the week with her and rush to friends' homes regardless of the hour to help contain teens who were threatening to run away or physically overwhelm their parents. She babysat when single parent friends reached their limit, helped when their teens were rebelling, and found resources for friends in need. Even now, under extreme stress, she is helping a family member care for her four grandchildren

When she married, Cindy and her wife chose to have a destination wedding. The wedding budget was not about elaborate dresses or flowers, but mostly to fly friends and family to share the day at no expense to them. She did the same when she and her wife renewed their vows. She wanted her friends there but didn't want to add to stretched budgets.

In 2017 Hurricane Harvey dumped over 51 inches of rain on Houston. Cindy's dad and stepmom's house flooded and she organized their rescue though her own street was full of water. She called frequently to check on me and other friends, and then walked through the flood waters to check in person on me and my home. For the following 16 months her parents lived with her and her wife and she helped rebuild their home. She stored many of their belongings in her house and made them as comfortable as possible.

Cindy invites friends who have no family to join her and her family at Thanksgiving and Christmas. I have no family in Houston and both my parents are deceased and I am included. Cindy also includes me as part of her family for other dinners and gatherings. She will give you money or possessions if you need them. There are so many more stories that show her dedication and generosity to others that I cannot relate them all here.

Cindy was very close to her mother. Her mother died suddenly and tragically just about a year ago. Despite having lost her career and being in difficult circumstances herself, Cindy reached out to those hurt by her mother's death and offered support and caring. Her actions were in keeping with her value of community and contributing to the community, not just her friends. She makes time regardless of how busy or stressed she is.

I know Cindy to have a strong sense of duty and obligation. She tends to perfectionism in her work and strives to be the perfect friend and daughter. When I was in a car accident a couple of years ago, Cindy was in New York. She was distraught that she was not here in Houston to support and help me. She believes she let me down and still expresses strong regrets.

Cindy has been forthcoming about her legal difficulties and has accepted responsibility for her actions. It was difficult to believe that someone who once argued with a judge that she deserved the ticket she received, who returns plastic take out containers to friends who bring food from restaurants, and who has such a strong respect for the law, had charges against her. In our conversations she has been open about her embarrassment, shame, and fears.

To me, the person I've described doesn't sound like someone who would be in your court. As a friend, I've struggled to understand what happened. Cindy tends to be



There is no question that I will remain friends with Cindy. She has added so much to my life as well as to the lives of many I know. I've only described a few of her contributions to friends and community. But more than what she does is the fact that I know she is there for me and her other friends know that as well. There is no one that I would trust more to come through for me, to care for my most valued family members, and to be responsible for my home and prized possessions. That kind of friend, who consistently puts the other person first, is rare. I can't think of anyone else I know who has that quality. Her support is an important part of my life.

From our at least weekly visits together over the past 2 years, I know that Cindy has been devasted by the loss of her career and the choices she made. The first female in her family to graduate from college, she was proud of being good at what she did and having a professional position. Income, above what she needed to pay bills, was important to her primarily in terms of being able to help and share with others. I know that may be difficult to believe, but I know it to be true.

The loss of her career and the loss of her mother was overwhelming. Nevertheless, she has, through renovating her father and stepmother's flooded home, and volunteering to help others with renovations, learned new skills and is working on supporting herself and her family in a new way.

My life and community is a better place with Cindy in it. In my opinion, I don't see any purpose for her to be in prison. I appreciate your taking the time to read this and to perhaps learn more about the Cindy that I know.

Respectfully yours,

*Karyn Hall*

Karyn Hall