# EXHIBIT 10

April 20, 2019

Honorable J. Paul Oetken

I am writing this letter in support of my daughter, Cindy Holder. I am 82 years old, retired for 27 years and am left behind in this computer, texting age. Cindy is my right hand fixer when screaming in frustration does no good. She helps me with investment decisions, tax filings and financial decisions. She is invaluable to me. My wife has written about Cindy's good qualities and what she has said is true. I want to tell you about how much Cindy has recently helped us.

Hurricane Harvey came in 2017. Our first floor held 2-4" of water (as it had a sunken room) for eight days. Cindy was not flooded but was unable to leave her home as the streets were flooded well above the tires. She called us continually to check on our safety and arranged for a boat to pick us up and take us to safety. She then managed to find what seemed to be the last hotel room in Houston. She was able to find a friend who was not flooded in who she sent to pick us up in a strip center parking lot and drive us to the hotel across town. In the mean time, Cindy was making a place for us in her home, where we lived for 17 months. I say all this to indicate how family-centered Cindy is. I know that she kept my wife, Louise, and me sane through the whole ordeal. She took charge immediately filing insurance claims for both our cars and the flood, dealing with FEMA and the high amount of paperwork, contacts, inspections, as well as dealing with and returning our

home to a beautiful, livable space. Cindy was totally invaluable to us. She dealt with the mortage company who sold our loan and failed to transfer the entire insurance proceeds. Thanks to her record keeping, we were able to obtain our remaining proceeds. She spoke with them every week and spent almost an hour each time. I was amazed at her patience and determination.

In doing our reconstruction, Cindy has found an inclination, skill and ability to renovate homes. This is the new path she hopes to succeed in. I pray that the court shows mercy, does not sentence her to jail, and allows her this chance.

Respectfully,

Cecil L. Holder

April 20, 2019

Honorable J. Paul Oetken

I am writing this letter in support of my step-daughter, Cindy Halder. She lovingly introduces me as her second Mom. Her Dad and I married October 17, 1975. That's when this feisty little girl came into my life. We had our moments, as you might imagine, through her teenage years. Somewhere thereafter, we started bonding and have become Mom, daughter and best friends.

In middle and high school, Cindy excelled in academia as well as athletics. She developed her teamwork attitude, drive and discipline then, which benefited her in the work force. Several of her best friends then remain so today, still an active part of her life.

Cindy went to the University of Houston mid-career going into Accounting and received her degree in 2½ years. She passed the CPA exam on the first test. During her time employed with several CPA firms, she mentored juniors and gave lectures on rules of practice (getting high ratings from superiors for doing so). If you could hear from those she influenced,

they would vouch for her ethical and moral standards.

Cindy loves music — any music — and can name a surprising number of songs with their singers from any decade. She has learning to play the piano high on her bucket list, but like most of us, maybe later. She is tender-hearted and is visibly pained when she sees needy children and mistreated pets. She is terrified of not being there when someone she loves needs her — something we have talked about often since her arrest. When I told her I was going to clean out my gutters "tomorrow" Cindy showed up that day to make sure I didn't climb on a ladder myself. At times she calls her dad "Pappa Bear" and he refers to her as "Baby Bear". Their bond is absolute! Her mother died in an awful accident in 2017. She blamed herself for not being there when her mother fell into her pool and drowned — Cindy having just left her an hour earlier. When pipes froze in her neighborhood several years ago, 4 or 5 houses were spewing water where neighbors were out of town. She went to each house and shut their water off leaving them a note on the door as to what

she had done. She not only likes but feels an obligation to help others.

I wanted you to know these things about my daughter, as a person, when your judgment is to be made.

Cindy's dad wrote to you of our house flooding, and of her extensive participation in our returning home. When she had time away from that effort, she volunteered at several charities. She has always donated money and time to various charities and felt it very rewarding.

Cindy is a good citizen, kind to strangers, and is extremely loyal to a fault, to friends and family. She's always available if she can help, and it pains me to wonder if that quality was her downfall here.

We have come to depend heavily on her in so many ways. Even after our house was ready, my husband was hesitant on moving back home because he had become so dependent on Cindy. It took almost a month for me to convince him it was time.

It is my prayer that you might have mercy on Cindy and not sentence her to jail.

Respectfully,
Louise Holder