# EXHIBIT 11

May 12, 2019

Judge Oetken


This letter is in support of my sister-in-law Cynthia Holder.  I've known Cindy since shortly after she met my sister in 2005. Cindy is a giver. Ever since I met her, she has always tried to bring happiness to those around her. One of the first times I spent a significant amount of time with Cindy was when she, knowing how much my family loves NASCAR, bought four Daytona 500 tickets for my sister, myself and my parents. What she didn't know was that my parents didn't travel so she was stuck attending. She honestly hated every minute of it but was a great sport and so much fun to be around. Through the years we became closer. I stood up with my sister when she and Cindy were married in Canada in 2007. I've visited many times in Houston and she to Michigan. ███████████████████████████
███████████████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████████████
███████████████████████████████ I knew the legal situation Cindy was in and knew that she might have time to help and I didn't hesitate for a moment in asking. It wasn't surprising that she agreed immediately but she did say she had to get approval before actually traveling. What was surprising, despite never having been a mother, was the impact she has had on all four children.

██████████████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████████████████
█████████████████████████████████████████████████████████████████████
███████████████████████████████████████████

███████████████████████████████████████████████████████████████
█████████████████████████████████████████████████████████████████████
████████████████████████████████████████████

██████████████████████████████████████████████████████████████████
█████████████████████████████ She and aunt Debbie FaceTime at least twice a week, often "eating" dinner with them.

Please Your Honor, whatever sentence that the court chooses to impose, I beg of you to allow Aunt Cindy to continue to be a big part of my grandchildren's lives. She means so much to us.

Sincerely

Darla Vasher