

July 18, 2019

<u>VIA EMAIL</u>

Honorable J. Paul Oetken
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square, Room 2101
New York, New York 10007

Re:   *United States v. David Middendorf, et al.*
      18 Cr. 36 (JPO)
      <u>Request for Permission to Travel on Behalf of Defendant Cynthia Holder</u>

Dear Judge Oetken:

On behalf of defendant Cynthia Holder, we respectfully request permission for her to travel to Michigan and Illinois next week to provide additional assistance as requested by her spouse's sister and brother-in-law, who are the foster parents of their four grandchildren. This is a request to extend the permission to travel previously granted by the Court on January 10, March 26, and June 14, 2019.

Specifically, Ms. Holder requests permission to travel July 25-29. Ms. Holder's lodging plans are the same they were for the travel permission previously granted.

We have conferred with the government and Pretrial Services Officer Lettieri in the Southern District of New York. There is no objection to this application.

Respectfully submitted,

*/s/ Emily J. Mathieu*

Emily J. Mathieu
Attorney for Defendant Cynthia Holder

cc:   Officer Jonathan Lettieri, Pretrial Services

> Granted.
> So ordered.
>  July 19, 2019

_____
J. PAUL OETKEN
United States District Judge

Emily.Mathieu@ThompsonHine.com   Fax: 212.344.6101   Phone: 212.908.3963                                   4845-8524-7645

THOMPSON HINE LLP    335 Madison Avenue        www.ThompsonHine.com
ATTORNEYS AT LAW     12th Floor                O: 212.344.5680
                     New York, New York 10017-4611   F: 212.344.6101