

ATLANTA    CLEVELAND    DAYTON    WASHINGTON, D.C.
CINCINNATI    COLUMBUS    NEW YORK

August 19, 2019

VIA EMAIL

Honorable J. Paul Oetken
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square, Room 2101
New York, New York 10007

Granted.
So ordered:
August 20, 2019

_____
J. PAUL OETKEN
United States District Judge

Re:   *United States v. David Middendorf, et al.*
      18 Cr. 36 (JPO)
      <u>Request for Permission to Travel on Behalf of Defendant Cynthia Holder</u>

Dear Judge Oetken:

On behalf of defendant Cynthia Holder, we respectfully request permission for her to travel to Michigan and Illinois on four occasions in August, September and October 2019 to provide additional assistance as requested by her spouse's sister and brother-in-law, who are the foster parents of their four grandchildren. This is a request to extend the permission to travel previously granted by the Court on January 10, March 26, June 14, and July 19, 2019.

Specifically, Ms. Holder requests permission to travel on the following dates: August 22-26, September 5-9, September 19-23, and October 3-7, 2019. Ms. Holder's lodging plans are the same they were for the travel permission previously granted.

We have conferred with the government and Pretrial Services in the Southern District of New York. There is no objection to this application.

Respectfully submitted,

Norman A. Bloch
Attorney for Defendant Cynthia Holder

cc:   AUSAs Mermelstein, Estes, Graham and Bell
      Officer Jonathan Lettieri, Pretrial Services

Norman.Bloch@ThompsonHine.com   212-908-3942                                       4818-1138-6016

THOMPSON HINE LLP         335 Madison Avenue        www.ThompsonHine.com
ATTORNEYS AT LAW          12th Floor                Phone 212.344.5680
                          New York, New York 10017-4611   Fax 212.344.6101