

| ATLANTA | CLEVELAND | DAYTON | WASHINGTON, D.C. |
| CINCINNATI | COLUMBUS | NEW YORK | |

VIA ECF

November 5, 2019

Honorable J. Paul Oetken
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square, Room 2101
New York, New York 10007

Re:   *United States v. Cynthia Holder*
      18 Cr. 36 (JPO)
      <u>Outstanding Restitution Issues</u>

Dear Judge Oetken:

We represent defendant Cynthia Holder in the above-referenced case. We submit this letter in connection with the undecided restitution issues relating to Ms. Holder's sentence. In a letter served and filed on November 4, 2019, counsel for David Britt presented arguments concerning those restitution issues. In a letter served and filed on July 10, 2019, in his sentencing memorandum served and filed on July 26, 2019, and in a letter served and filed on July 30, 2019, counsel for David Middendorf presented arguments concerning those issues. On July 3, 2019, we served and filed our sentencing memorandum which, among other things, also presented arguments concerning those issues.

We join in the restitution arguments made by counsel for Messrs. Britt and Middendorf to the extent they are applicable to Ms. Holder.

Respectfully submitted,

*/s/ N. A. Bloch*

Norman A. Bloch
Attorney for Defendant Cynthia Holder

cc:  Counsel of Record (via ECF)

NAB:nti

---

Norman.Bloch@ThompsonHine.com

THOMPSON HINE LLP
ATTORNEYS AT LAW

335 Madison Avenue
12th Floor
New York, New York 10017-4611

www.ThompsonHine.com
Phone 212.344.5680
Fax 212.344.6101