

December 21, 2020

*Via ECF*

Honorable J. Paul Oetken
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:     United States v. Cynthia Holder, et al.
        Request for Return of Passport
        No. 18-cr-00036 (JPO)

Dear Judge Oetken:

We represent defendant Cynthia Holder in the above-captioned case.  We write to request that the Court order the release of Ms. Holder's passport by the United States Pretrial Services Office.  On September 13, 2019, Ms. Holder was sentenced to eight months imprisonment, two years of supervised release, and restitution to be ordered at a later date.  She has completed her term of imprisonment and is complying with the terms of her supervised release.  Assistant United States Attorney Jordan Estes has informed us that the government does not object to our request.

A so-ordered block follows this letter.  Thank you for your consideration of this matter.


Respectfully,

*/s/ Emily J. Mathieu*

cc:   All counsel of record via ECF



**BY THE COURT:**

**The Defendant's request for the return of her passport is GRANTED.  The United States Pretrial Services Office is hereby ORDERED to release Ms. Holder's passport.**


**DATED:       New York, New York**                    _____
              **December __, 2020**                    **HON. J. PAUL OETKEN**
                                                       **UNITED STATES DISTRICT JUDGE**


Emily.Mathieu@ThompsonHine.com   Fax: 212.344.6101   Phone: 212.908.3963